IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BRUCE QUILLON CARROLL, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 5:14-cv-00065-JHH-TMP |
| CHERYL PRICE, Warden, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On November 25, 2014, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. Bruce Quillon Carroll ("Petitioner") timely filed his objections to the Report and Recommendation on January 9, 2015.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including Petitioner's objections and the Report and Recommendation, the Court is of the opinion that the report is due to be ADOPTED, and the recommendation ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DENIED and DISMISSED WITH PREJUDICE.  An order of final judgment will be entered contemporaneously herewith.

DONE this the 16th day of January 2015.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE